IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
|    Ayomide J Aderemi | : | |
| | : | |
| | : | |
| | : | Case No. 19-12530JKF |
| | : | |
| Debtor(s) | : | Chapter 13 |

CERTIFICATE OF NO RESPONSE

    I, Brad J. Sadek, Esquire, hereby certify that neither an objection to the proposed compensation nor an application for administrative expenses has been filed.

Dated:  October 22, 2019                       /s/ Brad J. Sadek, Esquire
                                                                             Brad J. Sadek, Esquire
                                                                             Sadek and Cooper
                                                                             1315 Walnut Street, Suite 502
                                                                             Philadelphia, PA 19107
                                                                             215-545-0008